# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA )
Plaintiff )
)
-vs- )
Angulo Rodalleqa, Pedro Tulipe )
Defendant )

CASE NUMBER: CR 10-20196-CR-KING

REPORT COMMENCING CRIMINAL ACTION

83136-004

********************************************************************

TO: CLERK'S OFFICE  (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT             (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

********************************************************************

COMPLETE ALL ITEMS. INFORMATION NOT APPLICABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 04-15-10   1400 a.m./p.m.

(2) LANGUAGE(S) SPOKEN: Spanish

(3) OFFENSE(S) CHARGED: 46 - 70503 - 70506

(4) UNITED STATES CITIZEN:   ( )YES   (X)NO   ( )UNKNOWN

(5) DATE OF BIRTH: 4-9-80

(6) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
[X] INDICTMENT   [ ] COMPLAINT   CASE #
[ ] BENCH WARRANT FOR FAILURE TO APPEAR
[ ] PAROLE VIOLATION WARRANT
ORIGINATING DISTRICT: SDFL
COPY OF WARRANT LEFT WITH BOOKING OFFICER?   [ ]YES   [ ]NO

AMOUNT OF BOND:$_____   WHO SET BOND?_____

(7) REMARKS:

(8) DATE: 4-14-10   (9) ARRESTING OFFICER: V Mesker

(10) AGENCY: DEA MIAMI   (11) PHONE #: 305-790-1380

(12) COMMENTS