UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 10-20196-CR-KING

UNITED STATES OF AMERICA,

v.

YIMMI BELLAIZAC-HURTADO, et al.,

Defendants.
_____/

## ORDER DENYING MOTIONS TO SUPPRESS STATEMENTS

**THIS CAUSE** comes before the Court upon the February 9, 2011 Report and Recommendation ("R&R") of Magistrate Judge Ted E. Bandstra (DE #94). The R&R recommends denial of the following Motions: Defendant Pedro Felipe Angulo-Rodallega's Motion to Suppress Statement (DE #55), filed January 7, 2011; Defendant Carlos Riascos-Hurtado's Motion to Suppress Involuntary Statements (DE #62), filed January 17, 2011; and Defendant Albeiro Gonzalez-Valois's Motion to Suppress (DE #73), filed January 20, 2011. Defendants did not file objections to the R&R, and the time for filing objections has now expired. After a careful review of the record, the Court concludes that the R&R contains well-reasoned recommendations, and should be affirmed and adopted.

Accordingly, it is hereby **ORDERED, ADJUDGED, and DECREED** as follows:

1. Magistrate Judge Ted E. Bandstra's February 9, 2011 Report and Recommendation **(DE #94)** is **AFFIRMED and ADOPTED.**

2. Defendant Pedro Felipe Angulo-Rodallega's Motion to Suppress Statement **(DE #55) is DENIED.**

3. Defendant Carlos Riascos-Hurtado's Motion to Suppress Involuntary Statements **(DE #62) is DENIED.**

4. Defendant Albeiro Gonzalez-Valois's Motion to Suppress **(DE #73) is DENIED.**

**DONE and ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of March, 2011.

JAMES LAWRENCE KING
U.S. DISTRICT JUDGE
SOUTHERN DISTRICT OF FLORIDA

cc: **_Counsel for the United States:_**

**Dustin M. Davis**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132
305-961-9083
Fax: 305-536-4699
Email: Dustin.Davis@usdoj.gov

**_Counsel for Defendants:_**
Stewart Glenn Abram, Esq.
Federal Public Defender's Office

150 W Flagler Street
Miami, FL 33130-1556
305-536-6900
Fax: 530-7120

**Albert Zachary Levin**
Albert Z. Levin
261 NE First Street
6th Floor
Miami, FL 33132
305-379-7101
Fax: 305-372-0052
Email: alevinlaw@aol.com

**Philip Robert Horowitz**
Philip R. Horowitz
9130 South Dadeland Boulevard
Suite 1910 - Two Datran Center
Miami, FL 33156
305-670-1915
Fax: 305-670-1901
Email: HorowitzDefense@aol.com

**Orlando do Campo**
do Campo & Thornton, P.A.
Bank of America Tower
100 S.E. 2nd Street
Suite 2700
Miami, FL 33131
305-358-6600
Fax: 305-358-6601
Email: od@dandtlaw.com